

| | | | | |
|---|---|---|---|---|
| Kubiak v. State ................ | 71A04–1609–CR–2187 | 08/29/2017 | NAJAM, J.<br>KIRSCH, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Winningham v. Estate of Winningham .................... | 48A04–1606–ES–1508 | 08/30/2017 | BAKER, J.<br><br><br><br>MATHIAS, J.<br>PYLE, J. | Affirmed and remanded for further proceedings<br>Concurs<br>Concurs |
| Ryon v. State ................. | 49A02–1609–CR–2079 | 08/30/2017 | BROWN, J.<br>MAY, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Hixson v. Silvers ............... | 85A05–1701–DR–138 | 08/30/2017 | MAY, J.<br>BROWN, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Brotherton v. Town of Bryant .... | 38A05–1702–SC–328 | 08/30/2017 | MAY, J.<br>BARNES, J.<br>BRADFORD, J, | Affirmed<br>Concurs<br>Concurs |
| Faler v. State ................. | 37A03–1703–CR–548 | 08/30/2017 | CRONE, J.<br><br><br>VAIDIK, C.J.<br>MATHIAS, J. | Affirmed in part and remanded in part<br>Concurs<br>Concurs |
| Montooth v. State .............. | 82A01–1702–CR–319 | 08/30/2017 | CRONE, J.<br>VAIDIK, C.J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| C.Z. v. J.Z. ................... | 41A04–1611–DR–2456 | 08/30/2017 | ALTICE, J.<br>BAKER, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Strong v. Snowden ............. | 67A04–1703–JP–633 | 08/30/2017 | BAKER, J.<br>BAILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Roberson v. State .............. | 49A02–1612–CR–2761 | 08/30/2017 | MAY, J.<br>BROWN, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |